AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00259 |
| Ryan K. Yates | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 9/22/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ryan K. Yates,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in Any Restricted Building or Grounds With a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds With a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   09/22/2023

2023.09.22
11:40:14 -04'00'

*Complainant's signature*

City and state:   Washington, D.C.

Honorable Robin M. Meriweather
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 09/22/2023 and the person was arrested on *(date)* 09/26/2023
at *(city and state)* Tampa, Fl.

Date: 09/27/2023

*Arresting officer's signature*

Shawn M. Walsh
*Printed name and title*