AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00259 |
| Ryan K. Yates | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 9/22/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Ryan K. Yates,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in Any Restricted Building or Grounds With a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds With a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   09/22/2023

2023.09.22
11:40:14 -04'00'
*Complaintant's signature*

City and state:   Washington, D.C.

Honorable Robin M. Meriweather
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 09/22/2023, and the person was arrested on *(date)* 09/26/2023
at *(city and state)* Tampa, Fl.

Date: 09/27/2023

*Arresting officer's signature*

Shawn M. Walsh
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:23-mj-2204-AAS

RYAN K. YATES

ORDER OF RELEASE

It is ORDERED:

1. That the conditions of release are established as set forth below.

2. That the United States Marshal is directed to release the above-named Defendant upon his agreement, in writing, to comply with the following conditions of release.

ENTERED in Tampa, Florida on September 27, 2023.

AMANDA ARNOLD SANSONE
U.S. MAGISTRATE JUDGE

CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of Pretrial Services for the Middle District of Florida or the district court

1

    where criminal charges are pending. Travel enlarged to the District of Columbia for court appearances or attorney visits. The United States District Court for the Middle District of Florida must approve any travel outside of the continental United States.

3. Defendant must not change his present address without prior approval from the United States Pretrial Services Agency (Pretrial Services). Defendant must keep Pretrial Services informed of any telephone number changes.

4. Defendant must not commit a federal, state, or local crime during the period of his release. Defendant must inform Pretrial Services immediately if arrested or otherwise charged with any offense or questioned by any officer, including with a traffic stop. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

    * Defendant must report to Pretrial Services as directed.

    * Defendant may not use or unlawfully possess a narcotic drug or other controlled substance unless as prescribed by a licensed medical practitioner. Further, Defendant must submit to any method of testing required by Pretrial Services for determining whether Defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance

2

      screening or testing. Defendant may not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

* Defendant may not use or possess any firearms, dangerous weapons, or destructive devices.

* Defendant must surrender his passport to Pretrial Services. Upon being placed on probation, being taken into custody for imposition of sentence, dismissal, or not guilty verdict, Defendant will have 180 days to file a motion requesting the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.

* Defendant may not obtain a passport or any new travel documents.

* Defendant must seek or maintain full time legitimate employment.

* Defendant must post a signature bond in an amount totaling $15,000.00.

* Defendant shall appear via zoom on October 10, 2023 at 12:30 pm for his arraignment in the District of Columbia.

7. A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of any bond.

Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his conditions of release may be

3

prosecuted for contempt of Court.

8. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

   (c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

   (d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release may be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a

4

term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed in Tampa, Florida, this __27th__ day of September, 2023

_Cathy Morgan_  
WITNESS

_____  
DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services

Agency is 813/225-7648, and the toll-free number is 1/800/676-0125.

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: Requests to travel outside the area permitted in this document must be submitted **at least three (3) BUSINESS** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement may result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA   DIVISION

**UNITED STATES OF AMERICA**

vs.   **Case No. 8:23-mj-2204-AAS**
      **Case No. 1:23-mj-259**

**RYAN K. YATES**

---

## ORDER OF REMOVAL

The defendant, Ryan K. Yates, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the District of Columbia, subsequently having been released on bond, the Defendant is hereby,

ORDERED to appear via zoom for the District of Columbia on October 10, 2023 at 12:30 p.m..

ORDERED this __28th__ day of September, 2023.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

BOND

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:23-mj-02204-AAS-1

| | |
|---|---|
| Case title: USA v. Yates | Date Filed: 09/27/2023 |
| Other court case number: 1:23-mj-259 District of Columbia | Date Terminated: 09/27/2023 |

Assigned to: Magistrate Judge Amanda Arnold Sansone

**Defendant (1)**

| | | |
|---|---|---|
| **Ryan K. Yates**<br>*TERMINATED: 09/27/2023* | represented by | **Nicole Valdes Hardin**<br>Federal Public Defender's Office<br>400 N Tampa St Ste 2700<br>Tampa, FL 33602-4726<br>813-228-2715<br>Fax: 813-228-2562<br>Email: nicole_hardin@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

Query     Reports     Utilities     Help     What's New     Log Out

| | | |
|---|---|---|
| **USA** | represented by | **Risha Asokan**<br>DOJ-USAO<br>400 N Tampa St.<br>Suite 3200<br>Tampa, FL 33602<br>813-274-6000<br>Email: risha.asokan2@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2023 | 1 | Arrest pursuant to Rule 5(c)(2) of Ryan K. Yates from the District of Columbia. (CDM) (Entered: 09/27/2023) |
| 09/27/2023 | 2 | ***CJA 23 Financial Affidavit by Ryan K. Yates. (CDM) (Entered: 09/27/2023) |
| 09/27/2023 | 3 | Arrest Warrant Returned Executed on 9/26/2023 as to Ryan K. Yates. (CDM) (Entered: 09/27/2023) |
| 09/27/2023 | 4 | ORAL MOTION to Appoint Counsel by Ryan K. Yates. (CDM) (Entered: 09/28/2023) |
| 09/27/2023 | 5 | ORAL MOTION for Bond by USA as to Ryan K. Yates. (CDM) (Entered: 09/28/2023) |
| 09/27/2023 | 6 | **ORDER granting 4 Motion to Appoint Counsel. Nicole Valdes Hardin appointed as to Ryan K. Yates (1). Signed by Magistrate Judge Amanda Arnold Sansone on 9/27/2023. (CDM)** (Entered: 09/28/2023) |
| 09/27/2023 | 7 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: Oral Order granting 5 Motion for Bond. Bond set for Ryan K. Yates (1) 15,000. signature bond as to Ryan K. Yates (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 9/27/2023 as to Ryan K. Yates from the District of Columbia.. (digital) (CDM) (Entered: 09/28/2023) |
| 09/27/2023 | 8 | Appearance BOND entered as to Ryan K. Yates in amount of $ 15,000.00. (CDM) (Entered: 09/28/2023) |
| 09/27/2023 | 9 | **ORDER Setting Conditions of Release as to Ryan K. Yates (1) $15,000.00. signature bond. Signed by Magistrate Judge Amanda Arnold Sansone on 9/27/2023. (CDM)** (Entered: 09/28/2023) |
| 09/27/2023 | 10 | ORAL NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Ryan K. Yates: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (CDM) (Entered: 09/28/2023) |
| 09/27/2023 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Ryan K. Yates. Signed by Magistrate Judge Amanda Arnold Sansone on 9/27/2023. (CDM)** (Entered: 09/28/2023) |
| 09/27/2023 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Ryan K. Yates regarding your case number: 1:23-mj-259. Using your PACER account, you may |

send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDM) (Entered: 09/28/2023)