UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 23-cr-00372-TNM |
| | : | |
| RYAN K. YATES | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO WITHDRAW

Undersigned counsel moves to withdraw from further representation of Ryan K. Yates as new counsel has been retained and has entered his appearance.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

Elita C. Amato, Esq.
 2111 Wilson Blvd.,
8th Floor
Arlington, VA  22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was served via email to government counsel on this 13th day November of 2023, thereby, providing service electronically upon all the parties in this case.

/s/
Elita C. Amato